AO 450 (Rev. 11/11)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAVID LIN<br>*M.D.*<br>          Plaintiff<br><br>     v.<br><br>FRANCISCAN ALLIANCE, INC.<br>*doing business as*<br>Franciscan St. Elizabeth Health<br><br>FRANCISCAN ALLIANCE, INC.<br>*doing business as*<br>Franciscan Physician Network<br><br>          Defendants | )<br>)  Civil Action No. 4:21-cv-57<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post-judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

**X** other: JUDGMENT IS ENTERED in favor of Defendants, Franciscan Alliance, Inc., doing business as Franciscan St. Elizabeth Health, Franciscan Alliance, Inc., doing business as Franciscan Physician Network, and against Plaintiff, David Lin on Counts I and II.

This case is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3) and (d) on David Lin's state law claims asserted in Counts III, IV, V, VI, VII, and VIII.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on Defendants' Motion for Summary Judgment.

DATE: 06/23/2025                    *Chanda J. Berta, Clerk of Court*

                                      by    s/J. Barboza
                                       *Signature of Clerk or Deputy Clerk*